# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| RLI INSURANCE COMPANY, | No. C 12-3391 EDL |
| Plaintiffs, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| G S TRANSPORT INC., | |
| Defendant. | Date: December 10, 2012 |
| | Mediator: Jonathan Schmidt |

IT IS HEREBY ORDERED that the request to excuse plaintiff RLI Insurance Company's corporate representative, Michael Stoll, from appearing in person at the December 10, 2012, mediation before Jonathan Schmidt is DENIED. The court finds that plaintiff has not made adequate showing that requiring its representative to attend the mediation in person would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Mr. Stoll shall appear in person at the mediation.

IT IS SO ORDERED.

November 21, 2012       By: _____
Dated                                        Maria-Elena James
                                              United States Chief Magistrate Judge