UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

RLI INSURANCE COMPANY,

    Plaintiffs,

v.

G S TRANSPORT INC.,

    Defendant.

No. C 12-3391 EDL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 10, 2012
Mediator: Jonathan Schmidt

IT IS HEREBY ORDERED that the request to excuse plaintiff RLI Insurance Company's corporate representative, Michael Stoll, from appearing in person at the December 10, 2012, mediation before Jonathan Schmidt is DENIED. The court finds that plaintiff has not made adequate showing that requiring its representative to attend the mediation in person would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Mr. Stoll shall appear in person at the mediation.

IT IS SO ORDERED.

November 21, 2012    By:    _____
Dated
                                Maria-Elena James
                        United States Chief Magistrate Judge