Jay Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Plaintiff, RLI INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>G S TRANSPORT INC.,<br><br>　　　　Defendant. | Case No.: C 12-03391 EDL<br><br>**JOINT SUBMITTAL OF PROPOSED LAST DAY TO AMEND PLEADINGS**<br>**AND ORDER**<br><br>Complaint Filed: June 29, 2012<br>Trial Date:　　　None |
| RELATED CASE:<br><br>*GS Transport, Inc. v. Apple, Inc., et al.*<br>Case No. C 12-03470 EDL | |

　　Pursuant to the Court's request, plaintiff RLI Insurance Company and defendant GS Transport, Inc. hereby jointly submit February 28, 2013, as their proposed last day to amend to add additional parties.

-1-

C12-03391 EDL

Respectfully submitted,

DATED: November 19, 2012    CLAUSEN MILLER P.C.

By: /s/ Jay D. Harker
    Jay D. Harker

Attorneys for Plaintiff RLI Insurance Company

DATED: November 19, 2012    By: /s/ James Attridge
    James Attridge

Attorneys for Defendant GS Transport, Inc.

Date: November 20, 2012

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA