1  Jay Harker (State Bar No. 167063)
2  jharker@clausen.com
   CLAUSEN MILLER P.C.
3  2040 Main Street, Suite 500
   Irvine, CA 92614
4  Telephone: (949) 260-3100
5  Facsimile: (949) 260-3190

6  Attorneys for Plaintiff, RLI INSURANCE
7  COMPANY

8

9  IN THE UNITED STATES DISTRICT COURT
10 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  RLI INSURANCE COMPANY,<br><br>14         Plaintiff,<br><br>15   vs.<br><br>16  G S TRANSPORT INC.,<br><br>17<br>18         Defendant.<br><br>19  RELATED CASE:<br><br>20  *GS Transport, Inc. v. Apple, Inc., et al.*<br>21  Case No. C 12-03470 EDL | Case No.: C 12-03391 EDL<br><br>**JOINT SUBMITTAL OF<br>PROPOSED LAST DAY TO<br>AMEND PLEADINGS<br>AND ORDER**<br><br>Complaint Filed: June 29, 2012<br>Trial Date:       None |

22
23
24      Pursuant to the Court's request, plaintiff RLI Insurance Company and defendant
25 GS Transport, Inc. hereby jointly submit February 28, 2013, as their proposed last day to
26 amend to add additional parties.
27
28

Respectfully submitted,

DATED:   November 19, 2012          CLAUSEN MILLER P.C.

By: /s/ Jay D. Harker
    Jay D. Harker

Attorneys for Plaintiff RLI Insurance Company

DATED:   November 19, 2012          By: /s/ James Attridge
    James Attridge

Attorneys for Defendant GS Transport, Inc.

Date: November 20, 2012

IT IS SO ORDERED

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA